IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-CR-0251-RMR-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.    TINA WELLMAN,

    Defendant.

---

**GOVERNMENT'S MOTION TO RESTRICT DOCUMENTS**

---

    The United States respectfully moves to restrict Document 172, filed today in this case, and the Brief in Support of this Motion (filed today but subsequent to this motion), for the reasons stated in the Brief.

    The United States requests a "Level 2" restriction, which would make the documents available to selected parties and the Court.

    //

    //

    //

    //

    //

    //

    //

Respectfully submitted this 18th day of September, 2025.

    PETER MCNEILLY
    United States Attorney

    By: */s/ Anna K. Edgar*
    Anna K. Edgar
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Fax: (303) 454-0405
    E-mail: Anna.Edgar@usdoj.gov
    Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                              By: */s/ Anna Edgar*
                                                    Assistant U.S. Attorney
                                                    U.S. Attorney's Office

3